HON. BENJAMIN H. SETTLE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SEA GREEN PARTNERS, LLC, a Washington limited liability company dba SEA MARINE, LLC, | AT LAW AND IN ADMIRALTY |
| | No.: 3:20-cv-05142-BHS |
| Plaintiff, | |
| | **ORDER GRANTING AMENDED STIPULATED MOTION TO CONTINUE PRETRIAL DEADLINES** |
| vs. | |
| BARBARA GAIL, official number 670676, her engines, machinery, tackle, apparel, furniture, equipment, cargo, and appurtenances, and *In Rem*, RICHARD PACK and BARBARA ZIMONJA, his wife, and their marital community, MARGENE MARINE LLC, a Wyoming limited liability company, WESTERN WATERS LLC, a Colorado limited liability company, *In Personam*, | **NOTING DATE:  August 19, 2022** |
| Defendants. | |

## STIPULATION

The parties stipulate that they have been diligently and cooperatively engaged in written

discovery, a site visit to the boat at issue, expert discovery, and necessary motion practice.

The parties are also working to conduct a formal mediation in November of 2022.

///

//

/

ORDER GRANTING AMENDED STIPULATED
MOTION TO CONTINUE PRETRIAL DEADLINES - 1

1

### MOTION

2        The parties jointly move for new deadlines, in **bold**.  The existing deadlines are left in

3   for reference:

4

5

| | |
|---|---|
| FIVE DAYS JURY TRIAL set for 9:00 a.m. | February 6, 2023 |
| **Disclosure of expert testimony under FRCP 26(a)(2)** | **September 15, 2022** |
| **Disclosure of rebuttal expert testimony under FRCP 26(a)(2)** | **October 15, 2022** |
| **All motions related to discovery must be filed by** | **October 1, 2022** |
| **Discovery completed by** | **October 15, 2022** |
| All dispositive motions must be filed by | October 14, 2022 |
| **Deadline for formal mediation** | **December 1, 2022** |
| **Motions in limine should be filed pursuant to Local Rule CR 7(d)(4) by** | **December 16, 2022** |
| Agreed pretrial order filed with the Court by | December 16, 2022 |
| Pretrial conference will be held at 9:00 a.m. on | January 3, 2023 |
| Trial briefs, proposed voir dire, jury instructions, agreed neutral statement of the case and deposition designations due by | January 20, 2023 |
| TRIAL | February 6, 2023 |
| | |
| | |
| | |
| | |
| | |
| | |

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER GRANTING AMENDED STIPULATED
MOTION TO CONTINUE PRETRIAL DEADLINES - 2

**DAVIS ROTHWELL
EARLE & XOCHIHUA P.C.**
701 5ᵀᴴ AVENUE, SUITE 5500
SEATTLE, WA 98104
**(206) 622-2295**

The parties' Amended Stipulated Motion to Continue Pretrial Deadlines is GRANTED.

IT IS SO ORDERED this 19th day of August, 2022

BENJAMIN H. SETTLE
United States District Judge

SUBMITTED this 19th day of August, 2022.

| DAVIS ROTHWELL<br>EARLE & XÓCHIHUA, PC<br><br>*/s/ John E. Moore*<br>By: John E. Moore<br>John E. Moore, WSBA No. 45558<br>Attorney for Counterclaim Defendant SEA<br>GREEN PARTNERS, LLC dba SEA<br>MARINE, LLC<br>701 5th Avenue, Suite 5500<br>Seattle, WA  98104<br>jmoore@davisrothwell.com | MULLAVEY, PROUT, GRENLEY & FOE,<br>LLP<br><br>*/s/ Daniel A. S. Foe*<br>By: Daniel A. S. Foe<br>Counsel for Plaintiff SEA GREEN<br>PARTNERS, LLC dba SEA MARINE, LLC<br>2401 NW Sixty-Fifth<br>PO Box 70567<br>Seattle, WA 98127<br>Email:  dfoe@ballardlawyers.com |
| --- | --- |
| HOLMES WEDDLE & BARCOTT, PC<br><br>*/s/ Lafcadio Darling*<br>By: Lafcadio Darling, WSBA No. 29963<br>Counsel for Defendants/Counterclaimants<br>BARBARA GAIL, RICHARD PACK,<br>BARBARA ZIMONJA, and MARGENE<br>MARINE LLC<br>3101 Western Avenue, Suite 500<br>Seattle, WA 98121-3071<br>Email:  LDarling@hwb-law.com<br>Email:  KLavoie@hwb-law.com | |

ORDER GRANTING AMENDED STIPULATED
MOTION TO CONTINUE PRETRIAL DEADLINES - 3