HON. BENJAMIN H. SETTLE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SEA GREEN PARTNERS, LLC, a Washington limited liability company dba SEA MARINE, LLC,<br><br>                      Plaintiff,<br><br>vs.<br><br>BARBARA GAIL, official number 670676, her engines, machinery, tackle, apparel, furniture, equipment, cargo, and appurtenances, and *In Rem*, RICHARD PACK and BARBARA ZIMONJA, his wife, and their marital community, MARGENE MARINE LLC, a Wyoming limited liability company, WESTERN WATERS LLC, a Colorado limited liability company, *In Personam*,<br><br>                      Defendants. | AT LAW AND IN ADMIRALTY<br><br>No.: 3:20-cv-05142-BHS<br><br>**ORDER GRANTING STIPULATED MOTION REGARDING CASE SCHEDULE**<br><br>**NOTING DATE:  August 24, 2022** |

**STIPULATION**

This stipulated motion seeks to remedy errors in recent prior stipulations. The parties have been diligently and cooperatively engaged in discovery under the assumption that discovery would be complete on **October 28, 2022** and that trial would commence **March 28, 2023**.

The Court issued a case scheduling order on June 14, 2023. Dkt. #47. The parties negotiated extensions of two deadlines related to expert discovery, and attempted to modify those two deadlines only in its stipulated motion filed on August 18, 2023. Dkt. #53. Unfortunately, due to a misunderstanding, that motion purported to change more than the two

ORDER GRANTING STIPULATED MOTION
REGARDING CASE SCHEDULE - 1

**DAVIS ROTHWELL
EARLE & XOCHIHUA P.C.**
701 5TH AVENUE, SUITE 5500
SEATTLE, WA 98104
**(206) 622-2295**

expert discovery deadlines, including moving trial up by nearly two months and moving the discovery deadline up by two weeks. The parties conferred and filed an amended stipulation on August 19. However, an additional error resulted in the incorrect version of the stipulation being filed. The Court issued a case schedule effecting deadlines not agreed to by the parties in its minute order of August 19, 2022. Dkt. 55.

The parties intent in stipulating was to leave all case schedule dates in place from this court's minute order of June 14, 2022, Dkt. #47, *except* expert disclosure deadlines. The parties seek to effect all of the dates from the June 14, 2022 minute order *except* short extensions of the expert discovery deadlines from the June 14, 2022 minute order.

## MOTION

The parties jointly move for the below deadlines.

| | |
|---|---|
| FIVE DAYS JURY TRIAL set for 9:00 a.m. | March 28, 2023 |
| Disclosure of expert testimony under FRCP 26(a)(2) | September 15, 2022 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | October 15, 2022 |
| All motions related to discovery must be filed by | October 13, 2022 |
| Discovery completed by | October 28, 2022 |
| All dispositive motions must be filed by | November 10, 2022 |
| Deadline for formal mediation | December 2, 2022 |
| Motions in limine should be filed pursuant to Local Rule CR 7(d)(4) by | December 29, 2022 |
| Agreed pretrial order filed with the Court by | January 12, 2023 |
| Trial briefs, proposed voir dire, jury instructions, agreed neutral statement of the case and deposition designations due by | February 17, 2023 |
| Pretrial conference will be held at 1:30 p.m. on | March 13, 2023 |
| TRIAL | March 28, 2023 |

ORDER GRANTING STIPULATED MOTION
REGARDING CASE SCHEDULE - 2

**DAVIS ROTHWELL**
**EARLE & XOCHIHUA P.C.**
701 5TH AVENUE, SUITE 5500
SEATTLE, WA 98104
**(206) 622-2295**

The Stipulated Motion Regarding Case Schedule, Dkt. 59, is GRANTED.

IT IS SO ORDERED this 24th day of August, 2022

_____
BENJAMIN H. SETTLE
United States District Judge

SUBMITTED this 24th day of August, 2022.

| | |
|---|---|
| DAVIS ROTHWELL<br>EARLE & XÓCHIHUA, PC<br><br>/s/ John E. Moore<br>By: John E. Moore<br>John E. Moore, WSBA No. 45558<br>Attorney for Counterclaim Defendant SEA GREEN PARTNERS, LLC dba SEA MARINE, LLC<br>701 5th Avenue, Suite 5500<br>Seattle, WA 98104<br>jmoore@davisrothwell.com | MULLAVEY, PROUT, GRENLEY & FOE, LLP<br><br>/s/ Daniel A. S. Foe<br>By: Daniel A. S. Foe<br>Counsel for Plaintiff SEA GREEN PARTNERS, LLC dba SEA MARINE, LLC<br>2401 NW Sixty-Fifth<br>PO Box 70567<br>Seattle, WA 98127<br>Email: dfoe@ballardlawyers.com |
| HOLMES WEDDLE & BARCOTT, PC<br><br>/s/ Lafcadio Darling<br>By: Lafcadio Darling, WSBA No. 29963<br>Counsel for Defendants/Counterclaimants BARBARA GAIL, RICHARD PACK, BARBARA ZIMONJA, and MARGENE MARINE LLC<br>3101 Western Avenue, Suite 500<br>Seattle, WA 98121-3071<br>Email: LDarling@hwb-law.com<br>Email: KLavoie@hwb-law.com | |

ORDER GRANTING STIPULATED MOTION REGARDING CASE SCHEDULE - 3

**DAVIS ROTHWELL**
**EARLE & XOCHIHUA P.C.**
701 5TH AVENUE, SUITE 5500
SEATTLE, WA 98104
**(206) 622-2295**