The Honorable Benjamin H. Settle

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SEA GREEN PARTNERS, LLC, a Washington limited liability company dba SEA MARINE, LLC<br><br>Plaintiff,<br><br>v.<br><br>BARBARA GAIL, Official Number 670676, her engines, machinery, tackle, apparel, furniture, equipment, cargo, and appurtenances, and *In Rem*, RICHARD PACK and BARBARA ZIMONJA, his wife, and their marital community, MARGENE MARINE LLC, a Wyoming limited liability company, WESTERN WATERS LLC, a Colorado limited liability company, *In Personam*,<br><br>Defendants. | AT LAW AND IN ADMIRALTY<br><br>No. 3:20-cv-05142-BHS<br><br>STIPULATED MOTION and ORDER FOR REMOVAL OF ONLINE REVIEWS |

## STIPULATION

COME NOW the parties, by and through their respective counsel, and hereby enter this stipulation for an order for the removal/deletion of online reviews and/or complaints, however characterized, Defendants posted or caused to be posted about Plaintiff. Defendants seek to comply with the parties' settlement agreement, which requires, in relevant part, that Defendants remove/delete the subject online reviews and/or complaints. One website, www.complaintsboard.com, hosting some of the subject reviews and/or complaints, requires a

STIPULATED MOTION and ORDER FOR REMOVAL
OF ONLINE REVIEWS – Page 1 (3:20-cv-05142-BHS)

MULLAVEY, PROUT, GRENLEY & FOE, LLP
2401 NW 65TH
P.O. BOX 70567
SEATTLE, WA  98127-0567
(206) 789-2511
FAX: (206) 789-4484

signed court order in order to remove/delete the subject reviews and/or complaints. In light of these facts, the parties respectfully request the Court sign an Order authorizing Defendant Richard Pack to permanently remove/delete from www.complaintsboard.com the subject reviews and/or complaints from www.complaintsboard.com, in addition to any comments thereto, and requiring Defendant Richard Pack to request removal/deletion of the subject reviews and/or complaints within one week of this Order's entry.

The subject reviews to be removed/deleted are as follows:

"xxxxxxxxxxxxxxxxxxxxzzzzzz of US
Dec 08, 20213:35 pm EST
Verified customer

**Electrical Fire**

FIRE—Went to Sea Marine, and on our work order, we had no request from us for electrical work. Our boat had no previous electrical issues before arriving at Sea Marine, but Sea Marine decided we needed electrical wiring replacement. Sea Marine hired a subcontractor to go through the wiring whose background was installing car stereos? FIRE, lots of Smoke.
**Desired outcome:** Help"

"Update by xxxxxxxxxxxxxxxxxxxzzzzzz
Dec 08, 2021 3:36 pm EST

Sea Marine

419 Jackson St B, Port Townsend, WA 98368"

"Unhappy for sure of Salt Lake City, US
Dec 09, 20217:12 pm EST
Verified customer

Chris Bakken, Sea Marine General Manager, always has a story to tell that he hopes will cover any responsibility for workmanship done by Sea Marine.
The truth is that the switch had been tested before taking the boat to Sea Marine by a licensed surveyor as well as others and no problems. The

STIPULATED MOTION and ORDER FOR REMOVAL OF ONLINE REVIEWS – Page 2 (3:20-cv-05142-BHS)

MULLAVEY, PROUT, GRENLEY & FOE, LLP
2401 NW 65TH
P.O. BOX 70567
SEATTLE, WA  98127-0567
(206) 789-2511
FAX: (206) 789-4484

switch failed because someone ran a hot lead back to the switch from the termination point.
I am looking forward to Chris Bakken's story because he always has one to cover himself."

"xxxxxxxxxxxxxxxxxxxxzzzzzz of US
Mar 08, 20221:15 am EST
Verified customer

**Installation of Stern thruster.**
Went to Sea Marine to have stern thruster installed. Sea Marine installed upside down and this is the way they delivered the boat back to us. Cannot access inspection plate or work on it. Will need to have someone reinstall correctly.
Read full review of Sea Marine"

"xxxxxxxxxxxxxxxxxxxxzzzzzz of US
Nov 01, 20191:09 am EDT
Verified customer

**workmanship**

In my opinion, the canvas work done by Sea Marine is very mediocre. Here is the way Sea Marine charges. They give you a price. If job goes over they will charge you more. If the job is under they will charge you the price they first gave you. It's all about Sea Marine. They had to redo the canvas 3 times on my job. So they were very comfortable in charging me for all 3 redos even though it was Sea Marine mistake. When I caught the bogus charge and complained to Chris Bakken he was very reluctant to take it off. Said he was a time and material operation. In my opinion he hopes the customers are stupid.
Read full review of Sea Marine and 1 comment"

"R-english of US
Oct 16, 2019 10:40 pm EDT

**Not worth going to sea marine**

Bad experience. Before I showed for my scheduled work to start on may 1, I tried to get details about where to tie up and where we were hauling out and never got a response the week before I showed up. I then called again, on my way down to deliver the boat, with no response from chris bakken. They did not start work for over a week. Then honestly,

STIPULATED MOTION and ORDER FOR REMOVAL
OF ONLINE REVIEWS – Page 3 (3:20-cv-05142-BHS)

MULLAVEY, PROUT, GRENLEY & FOE, LLP
2401 NW 65TH
P.O. BOX 70567
SEATTLE, WA  98127-0567
(206) 789-2511
FAX: (206) 789-4484

everything they did was mediocre and unacceptable – no trained employees at sea marine. Subcontractors did most of the work and were not certified.
Read full review of Sea Marine and 4 comments"

"Joe Joe Manning of HK
Oct 16, 20195:42 pm EDT
Verified customer

Beware. Sea marine web page says they are experts. Lies, lies... All the info on their web page is old. They no longer have trained employees. They shorted out my electrical system, and I am still trying to get my boat back working like it did before I took it to chris bakken at sea marine. Dishonest operation. Chris bakken pads his invoices so look for it. My advice is to go anywhere else."

"DickZ of US
Oct 16, 20196:04 pm EDT
Verified customer

See Marine replaced my site gauge on my water tank. Sea Marine employee cracked the glass during installation. Found the problem the day after I left. Chris Bakken said it was my problem. I will never go near Sea Marine again. They are very dishonest — awful work done at Sea Marine. I heard they were going into a lawsuit because of their dealings with their customers."

STIPULATED TO this 6th day of April, 2023.

MULLAVEY, PROUT, GRENLEY & FOE, LLP      HOLMES WEDDLE & BARCOTT PC

s/Daniel A. S. Foe                                             s/Lafcadio Darling
_____        _____
Daniel A. S. Foe, WSBA No. 42876              Lafcadio Darling, WSBA No. 29963
Aaron J. Naff, WSBA No. 51200                  Attorneys for Defendant/Counterclaim
Attorneys for Plaintiff                                   Plaintiffs
2401 NW 65th Street                                    3101 Western Avenue, Suite 2600
P.O. Box 70567                                             Seattle, WA 98121
Seattle, WA 98127                                        Phone: 206-292-8008
Phone: 206-789-2511                                  Email: ldarling@hwb-law.com
Email: dfoe@ballardlawyers.com            Email: klavoie@hwb-law.com
Email: anaff@ballardlawyers.com

STIPULATED MOTION and ORDER FOR REMOVAL OF ONLINE REVIEWS – Page 4 (3:20-cv-05142-BHS)

MULLAVEY, PROUT, GRENLEY & FOE, LLP
2401 NW 65TH
P.O. BOX 70567
SEATTLE, WA 98127-0567
(206) 789-2511
FAX: (206) 789-4484

1  DAVIS ROTHWELL EARLE & XÓCHIHUA

3  *s/ John E. Moore*
   _____
4  John E. Moore, WSBA No. 45888
   Attorneys for Counterclaim Defendant
5  701 5th Avenue, Suite 5500
   Seattle, WA 98104
6  Phone: 206-622-2295
7  Email: jmoore@davisrothwell.com

STIPULATED MOTION and ORDER FOR REMOVAL OF ONLINE REVIEWS – Page 5 (3:20-cv-05142-BHS)

MULLAVEY, PROUT, GRENLEY & FOE, LLP
2401 NW 65TH
P.O. BOX 70567
SEATTLE, WA 98127-0567
(206) 789-2511
FAX: (206) 789-4484

# ORDER

BASED on the foregoing Stipulation, it is hereby

ORDERED that the following reviews shall be permanently removed/deleted from www.complaintsboard.com:

"xxxxxxxxxxxxxxxxxxxxzzzzzz of US
Dec 08, 20213:35 pm EST
Verified customer

**Electrical Fire**

FIRE—Went to Sea Marine, and on our work order, we had no request from us for electrical work. Our boat had no previous electrical issues before arriving at Sea Marine, but Sea Marine decided we needed electrical wiring replacement. Sea Marine hired a subcontractor to go through the wiring whose background was installing car stereos? FIRE, lots of Smoke.
**Desired outcome:** Help"

"Update by xxxxxxxxxxxxxxxxxxxzzzzzz
Dec 08, 2021 3:36 pm EST

Sea Marine

419 Jackson St B, Port Townsend, WA 98368"

"Unhappy for sure of Salt Lake City, US
Dec 09, 20217:12 pm EST
Verified customer

Chris Bakken, Sea Marine General Manager, always has a story to tell that he hopes will cover any responsibility for workmanship done by Sea Marine.
The truth is that the switch had been tested before taking the boat to Sea Marine by a licensed surveyor as well as others and no problems. The switch failed because someone ran a hot lead back to the switch from the termination point.
I am looking forward to Chris Bakken's story because he always has one to cover himself."

"xxxxxxxxxxxxxxxxxxxzzzzzz of US

STIPULATED MOTION and ORDER FOR REMOVAL OF ONLINE REVIEWS – Page 6 (3:20-cv-05142-BHS)

MULLAVEY, PROUT, GRENLEY & FOE, LLP
2401 NW 65TH
P.O. BOX 70567
SEATTLE, WA 98127-0567
(206) 789-2511
FAX: (206) 789-4484

Mar 08, 2022 1:15 am EST
Verified customer

**Installation of Stern thruster.**
Went to Sea Marine to have stern thruster installed. Sea Marine installed upside down and this is the way they delivered the boat back to us. Cannot access inspection plate or work on it. Will need to have someone reinstall correctly.
[Read full review of Sea Marine"](#)

"xxxxxxxxxxxxxxxxxxxxzzzzzz of US
Nov 01, 2019 1:09 am EDT
Verified customer

**workmanship**

In my opinion, the canvas work done by Sea Marine is very mediocre. Here is the way Sea Marine charges. They give you a price. If job goes over they will charge you more. If the job is under they will charge you the price they first gave you. It's all about Sea Marine. They had to redo the canvas 3 times on my job. So they were very comfortable in charging me for all 3 redos even though it was Sea Marine mistake. When I caught the bogus charge and complained to Chris Bakken he was very reluctant to take it off. Said he was a time and material operation. In my opinion he hopes the customers are stupid.
Read full review of Sea Marine and 1 comment"

"R-english of US
Oct 16, 2019 10:40 pm EDT

**Not worth going to sea marine**

Bad experience. Before I showed for my scheduled work to start on may 1, I tried to get details about where to tie up and where we were hauling out and never got a response the week before I showed up. I then called again, on my way down to deliver the boat, with no response from chris bakken. They did not start work for over a week. Then honestly, everything they did was mediocre and unacceptable – no trained employees at sea marine. Subcontractors did most of the work and were not certified.
Read full review of Sea Marine and 4 comments"

"Joe Joe Manning of HK

STIPULATED MOTION and ORDER FOR REMOVAL OF ONLINE REVIEWS – Page 7 (3:20-cv-05142-BHS)

MULLAVEY, PROUT, GRENLEY & FOE, LLP
2401 NW 65TH
P.O. BOX 70567
SEATTLE, WA  98127-0567
(206) 789-2511
FAX: (206) 789-4484

Oct 16, 2019 5:42 pm EDT
Verified customer

Beware. Sea marine web page says they are experts. Lies, lies... All the info on their web page is old. They no longer have trained employees. They shorted out my electrical system, and I am still trying to get my boat back working like it did before I took it to chris bakken at sea marine. Dishonest operation. Chris bakken pads his invoices so look for it. My advice is to go anywhere else."

"DickZ of US
Oct 16, 2019 6:04 pm EDT
Verified customer

See Marine replaced my site gauge on my water tank. Sea Marine employee cracked the glass during installation. Found the problem the day after I left. Chris Bakken said it was my problem. I will never go near Sea Marine again. They are very dishonest — awful work done at Sea Marine. I heard they were going into a lawsuit because of their dealings with their customers."

Defendant Richard Pack, in conformance with the parties' settlement agreement, shall convey this Order to www.complaintsboard.com and request the permanent removal/deletion of the aforementioned reviews and/or complaints, in addition to any comments thereto, from www.complaintsboard.com within one week of this Order's entry.

IT IS SO ORDERED this 7th day of April, 2023.

_____
HONORABLE BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE

//
//

STIPULATED MOTION and ORDER FOR REMOVAL OF ONLINE REVIEWS – Page 8 (3:20-cv-05142-BHS)

MULLAVEY, PROUT, GRENLEY & FOE, LLP
2401 NW 65TH
P.O. BOX 70567
SEATTLE, WA  98127-0567
(206) 789-2511
FAX: (206) 789-4484

*Prepared by:*
MULLAVEY, PROUT, GRENLEY & FOE, LLP

*s/Daniel A. S. Foe*

_____
Daniel A. S. Foe, WSBA No. 42876
Aaron J. Naff, WSBA No. 51200
Attorneys for Plaintiff
2401 NW 65th Street
P.O. Box 70567
Seattle, WA 98127
Phone: 206-789-2511
Email: dfoe@ballardlawyers.com
Email: anaff@ballardlawyers.com

STIPULATED MOTION and ORDER FOR REMOVAL OF ONLINE REVIEWS – Page 9 (3:20-cv-05142-BHS)

MULLAVEY, PROUT, GRENLEY & FOE, LLP
2401 NW 65TH
P.O. BOX 70567
SEATTLE, WA  98127-0567
(206) 789-2511
FAX: (206) 789-4484