The Honorable Benjamin H. Settle

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SEA GREEN PARTNERS, LLC, a Washington limited liability company dba SEA MARINE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BARBARA GAIL, Official Number 670676, her engines, machinery, tackle, apparel, furniture, equipment, cargo, and appurtenances, and *In Rem*, RICHARD PACK and BARBARA ZIMONJA, his wife, and their marital community, MARGENE MARINE LLC, a Wyoming limited liability company, WESTERN WATERS LLC, a Colorado limited liability company, *In Personam*,<br><br>Defendants. | AT LAW AND IN ADMIRALTY<br><br>No. 3:20-cv-05142-BHS<br><br>STIPULATED DISMISSAL WITH PREJUDICE<br><br>NOTED ON MOTION CALENDAR APRIL 7, 2023 |

## **STIPULATION**

The parties hereto, by and through their counsel of record, do hereby stipulate and agree that this action be dismissed with prejudice and that each party shall bear its own attorneys' fees and costs. No matter remains pending in this action.

STIPULATED TO this 7th day of April, 2023.

STIPULATED MOTION and ORDER FOR REMOVAL OF ONLINE REVIEWS – Page 1 (3:20-cv-05142-BHS)

MULLAVEY, PROUT, GRENLEY & FOE, LLP
2401 NW 65TH
P.O. BOX 70567
SEATTLE, WA  98127-0567
(206) 789-2511
FAX: (206) 789-4484

| | |
|---|---|
| MULLAVEY, PROUT, GRENLEY & FOE, LLP | HOLMES WEDDLE & BARCOTT PC |
| *s/Daniel A. S. Foe* | *s/Lafcadio Darling* |
| Daniel A. S. Foe, WSBA No. 42876<br>Aaron J. Naff, WSBA No. 51200<br>Attorneys for Plaintiff<br>2401 NW 65th Street<br>P.O. Box 70567<br>Seattle, WA 98127<br>Phone: 206-789-2511<br>Email: dfoe@ballardlawyers.com<br>Email: anaff@ballardlawyers.com | Lafcadio Darling, WSBA No. 29963<br>Attorneys for Defendant/Counterclaim Plaintiffs<br>3101 Western Avenue, Suite 2600<br>Seattle, WA 98121<br>Phone: 206-292-8008<br>Email: ldarling@hwb-law.com<br>Email: klavoie@hwb-law.com |

DAVIS ROTHWELL EARLE & XÓCHIHUA

*s/John E. Moore*

John E. Moore, WSBA No. 45558
Attorneys for Counterclaim Defendant
701 5th Avenue, Suite 5500
Seattle, WA 98104
Phone: 206-622-2295
Email: jmoore@davisrothwell.com

STIPULATED MOTION and ORDER FOR REMOVAL OF ONLINE REVIEWS – Page 2 (3:20-cv-05142-BHS)

MULLAVEY, PROUT, GRENLEY & FOE, LLP
2401 NW 65TH
P.O. BOX 70567
SEATTLE, WA 98127-0567
(206) 789-2511
FAX: (206) 789-4484

## **ORDER**

THIS MATTER having come before the Honorable Benjamin H. Settle of the United States District Court for the Western District of Washington, to dismiss this matter with prejudice upon the stipulation of the parties, and the court having reviewed the records and files herein, now, therefore, it is now therefore;

IT IS SO ORDERED that the case is dismissed with prejudice, each party to bear their own costs and fees.

IT IS SO ORDERED this 10th day of April, 2023.

_____
BENJAMIN H. SETTLE
United States District Judge

*Prepared by:*
MULLAVEY, PROUT, GRENLEY & FOE, LLP

*s/Daniel A. S. Foe*

_____
Daniel A. S. Foe, WSBA No. 42876
Aaron J. Naff, WSBA No. 51200
Attorneys for Plaintiff
2401 NW 65th Street
P.O. Box 70567
Seattle, WA 98127
Phone: 206-789-2511
Email: dfoe@ballardlawyers.com
Email: anaff@ballardlawyers.com

STIPULATED MOTION and ORDER FOR REMOVAL OF ONLINE REVIEWS – Page 3 (3:20-cv-05142-BHS)

MULLAVEY, PROUT, GRENLEY & FOE, LLP
2401 NW 65TH
P.O. BOX 70567
SEATTLE, WA  98127-0567
(206) 789-2511
FAX: (206) 789-4484